FRANCES SKINNER, as Administratrix of the Estate of JOHN A. SKINNER, Deceased, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Skinner* v. *Erie R. R. Co.*, 157 App. Div. 925, affirmed.
(Argued November 20, 1914; decided December 8, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 10, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of defendant, his employer.

*Elbert N. Oakes, Thomas Watts* and *John Bright* for appellant.

*Rosslyn M. Cox* and *Abram F. Servin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.